IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONNA AND WILLIAM REED, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 3:07-0809 |
| v. ) | JUDGE HAYNES |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### ORDER

The initial case management conference is reset in this action for **Monday, March 31, 2008 at 2:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the ___ day of March, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge