IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DONNA FAYE REED and )
WILLIAM F. REED ) No. 3-07-0809
)
v. )
)
UNITED STATES OF AMERICA )

**O R D E R**

In accordance with the contemporaneously entered memorandum, judgment is hereby entered against the defendant as follows:

1. For plaintiff Donna Faye Reed: $159,455.80 for compensatory damages; and

2. For plaintiff William F. Reed, now deceased: $10,000.00 for loss of consortium.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge